United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **WARIS MIRZADA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00613** |
| | § | |
| **TODD BLANCHE, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On June 2, 2026, the Court granted in part Petitioner Waris Mirzada's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and ordered Respondents to provide Petitioner with an individualized custody review before an immigration judge (IJ) at which the Government bore the burden of proving, by clear and convincing evidence, that Petitioner presents a risk of flight or a danger to the community within 7 days, or else release Petitioner. (Dkt. 8.) On August 19, 2026, Petitioner filed a Motion to Enforce the Court's Order. (Dkt. 13.) Petitioner argues that the custody hearing held on June 5, 2026 did not comply with the Court's June 2, 2026 Order. (*Id.* at 1.) Specifically, Petitioner alleges that the IJ's determination that Petitioner is a flight risk did not satisfy the standard required in the Court's Order; the IJ did not offer Petitioner's counsel the opportunity to rebut DHS's presentation of Petitioner's procedural history; and that Petitioner was not afforded an interpreter and was not permitted to testify at his bond hearing. (*Id.* at 1–2.)

Accordingly, Respondents are hereby **ORDERED** to supplement their position that the bond hearing held on June 5, 2026, complies with the Court's June 2, 2026 Order and provide a

transcript or recording of the bond proceedings and copy of the accompanying evidentiary submissions to the Court. The supplement is due on or before **December 1, 2026.**

The Court **GRANTS** Petitioner's Consent Motion for Substitution of Counsel. (Dkt. 12).

The Clerk of Court is also **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following address:

**Waris Mirzada**
**A # 221-394-541**
**Rio Grande Detention Center**
**1001 San Rio Boulevard**
**Laredo, TX 78046**

IT IS SO ORDERED.

SIGNED this November 19, 2026.

Diana Saldaña
United States District Judge